**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

MICHELLE MARIE MASON,

                Plaintiff,

19 **CIVIL** 425 (GBD) (KNF)

-v-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 12, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded for further proceedings pursuant to the fourth sentence of 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**Dated:** New York, New York
        February 12, 2020

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/12/2020